**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 37 EM 2017

Respondent :

v. :

JONATHAN AYALA, :

Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 22nd day of May, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.